[Dkt. Ent. 8]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CARLTON MANN, SR., <br><br>   Plaintiff, <br><br>      v. <br><br> PRINCE TELECOM,LLC, <br><br>   Defendant. | Civil No. 12-06263 (RMB/AMD) <br><br> **OPINION** |

**BUMB**, UNITED STATES DISTRICT JUDGE:

    For the reasons expressed in the opinion filed herewith,

    IT IS on this **26th** day of **July 2013**,

    **ORDERED** that the Defendant's motion to dismiss (Dkt. No. 8) is **DENIED**.

                                                     s/Renée Marie Bumb
                                                     RENÉE MARIE BUMB
                                                     United States District Judge