**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

CARLTON MANN, SR.,

    Plaintiff,

      v.

PRINCE TELECOM,LLC,

    Defendant.

Civil No. 12-06263 (RMB/AMD)

**OPINION**

**BUMB**, UNITED STATES DISTRICT JUDGE:

    For the reasons expressed in the opinion filed herewith,

    IT IS on this **26th** day of **July 2013**,

    **ORDERED** that the Defendant's motion to dismiss (Dkt. No. 8) is **DENIED**.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge